| | |
|---|---|
| **INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**<br>　　　　　　　　　　Plaintiff<br>vs.<br>**PREMIER PAINTING & DECORATING INC.**<br>　　　　　　　　　　Defendant | **UNITED STATES OF AMERICA**<br>**United States District Court**<br>**District of Columbia**<br>**Docket / Index # 1:06cv00067**<br><br>**AFFIDAVIT** |

**Person to be served:**
*Premier Painting & Decorating Inc.* **at:** *Premier Painting & Decorating Inc., 132 Sycamore Avenue, Middletown, NJ 07748*

**Attorney:**

Cost of Service Pursuant to R. 4:4-3(c)

$_____

**Papers Served:**
US District Court Summons and Complaint

**Service Data:**
Served Successfully __X__    Not Served _____

**Date:** February 9, 2006   **Time:** 6:56 PM

**Attempts:** 0

_____   Delivered a copy to him / her personally

**Name of Person Served and Relationship / Title:**

Barbara Gallo, Manager

_____   Left a copy with a competent household member over 14 years of age residing therein.

__X__   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: **Female**  Age: **40**  Height: **5' 6"**  Weight: **120-130 lbs**  Skin Color: **Caucasian**  Hair Color: **Brown**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
　　　　　　　　　　 _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
__10TH__ day of __FEB 2006__
_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2008

I, **Duane Santos,** was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Duane Santos, Process Server

**Legal Errands Inc.**
1313 Race Street
Philadelphia, PA

Job #14206
Affidavit of Service (9/30/02)