IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-067 (RBW) |
| v. | ) ) |
| PREMIER PAINTING & DECORATING, INC. a/k/a Premier Painting & Decorating | ) ) ) |
| Defendant | ) |

## REQUEST TO CLERK TO ENTER DEFAULT
## PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, Premier Painting & Decorating, Inc. a/k/a Premier Painting & Decorating, for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

    BY: /s/   Sanford G. Rosenthal
        SANFORD G. ROSENTHAL, ESQUIRE
        (I.D. NO. 478737)
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Independence Square
        Philadelphia, PA 19106-3683
        (215) 351-0611

Date: March 30, 2006    Attorney for Plaintiff

166693-1    1