## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Premier Painting & Decorating, Inc.
132 Sycamore Avenue
Middletown, NJ  07748


Date: March 30, 2006                    BY:/s/     Sanford G. Rosenthal
                                        SANFORD G. ROSENTHAL, ESQUIRE

166693-1                                        1