IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-067 (RBW) |
| v. | )<br>) |
| PREMIER PAINTING & DECORATING, INC.<br>   a/k/a Premier Painting & Decorating | )<br>)<br>) |
| Defendant | ) |

**<u>MOTION FOR ENTRY OF JUDGMENT BY DEFAULT</u>**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Premier Painting & Decorating, Inc. a/k/a Premier Painting & Decorating in the amount of $8,611.80. On March 30, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on March 31, 2006.

Accompanying this motion are a supporting memorandum of points and authorities, the

166705-1

Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 2), and a proposed default judgment.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                                              s/Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL, ESQUIRE
                                              (I.D. NO. 478737)
                                              The Penn Mutual Towers, 16th Floor
                                              510 Walnut Street, Independence Square
                                              Philadelphia, PA 19106-3683
                                              (215) 351-0611
Date: April 3, 2006                          Attorneys for Plaintiff