IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | |
| Plaintiff,  ) | CIVIL ACTION NO. 06-067 (RBW) |
| v.   ) ) | |
| PREMIER PAINTING & DECORATING, INC.   ) a/k/a Premier Painting & Decorating    ) ) | |
| Defendant   ) | |

### JENNINGS SIGMOND ATTORNEYS' FEES –November 2005

Jessica L. Tortella, Esquire        JLT        Catherine T. Morton, Paralegal        CTM
Sanford G. Rosenthal, Esquire     SGR

| Date | Attorney | Task | Time |
|---|---|---|---|
| 3/2/06 | JLT | Review Letter to V. Gallo | 0.2 |
| 3/3/06 | JLT | Preparation of Correspondence to P. Burris (x4)<br>Review of Correspondence from P. Burris (x4) | 0.4 |
| 3/7/06 | JLT | Phone Conference with T. Montemore<br>Preparation of Correspondence to T. Montemore (x3)<br>Review Correspondence from T. Montemore (x4) | 0.5 |
| 03/30/06 | JLT | Review Correspondence from P. Burris; Review of Delinquency Report; Preparation of Request for Clerk's Entry of Default; Preparation of Default Motion; Preparation of Correspondence to P. Burris<br>Preparation of Exhibits; Phone Conference with T. Montemore<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits | 5.8 |
| 03/31/06 | SGR | Review and Revision of Default Motion | 0.4 |
| | | **Total:** | 7.3 |

**March 2006 Summary**
JLT   6.9 Hrs x $200.00  =   $ 1,380.00
SGR   0.4 Hrs x $200.00  =   $     80.00
           Total        $ 1,460.00
Fees incurred 1/2006-2/2006  =   $    968.90
           **Grand Total:**   **$ 2,428.90**

166705-1                                                    1



# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27711 | Premier Painting & Decorating | Sigmond, Richard B. |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/20/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| 12/21/2005 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Documents |
| 1/11/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of Litigation Intake Memo |
| 1/12/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Fund |
| 1/17/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Delinquency Update |
| 1/17/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with T. Montemore |
| 2/1/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with H. Williams |
| 2/2/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Memo to File |
| 2/10/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Complaint |
| 2/13/2006 | CTM | 0.30 | 0.30 | 70.00 | $21.00 | | | Phone Conference with Errands regarding Service |
| 2/17/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| | | | | | | | | Preparation of Memo Regarding Litigation Status |
| | | | | | | | | Phone Conference with Errands regarding Service |
| | | | | | | | | Review of Correspondence from T. Montemore (x2) |
| | | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | | Phone Conference with Errands regarding Service |
| | | | | | | | | Memo to File |
| | | | | | | | | Review of Correspondence from P. Gilbert (x3) |
| 2/23/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Affidavit of Service |
| | | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Review of Letter Regarding Settlement |
| **Totals** | | **2.60** | **2.60** | | **$429.00** | | | |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 1/12/2006 | $250.00 | 7100 | Filing Fee - Complaint |
| 1/12/2006 | $5.94 | PO | Postage Charges |
| 2/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 2/4/2006 | $12.96 | SD | Special Delivery |
| 2/23/2006 | $198.10 | SP | Service of Process |
| **Totals** | **$539.90** | | |

Report ID: OT2025 - 4075
Thursday, March 30, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| | 2.60 | 2.60 | $429.00 | $539.90 | $968.90 |

*** End Of Report ***

Printed By   MHT
Page   2