## CERTIFICATE OF SERVICE

I hereby certify this 3rd day of April 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Premier Painting & Decorating, Inc.
132 Sycamore Avenue
Middletown, NJ  07748

DATE: April 3, 2006

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

166705-1