IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>               Plaintiff,<br>v.<br><br>PREMIER PAINTING & DECORATING, INC.<br>  a/k/a Premier Painting & Decorating<br><br>               Defendant | CIVIL ACTION NO. 06-067 (RBW) |

**STIPULATION FOR ENTRY OF AN**
**AMENDED CONSENT ORDER AND JUDGMENT**

It is stipulated and agreed by the undersigned that the attached proposed Amended Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

JENNINGS SIGMOND, P.C.

By: /s/ Sanford G. Rosenthal
Sanford G. Rosenthal
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
Telephone: (215) 351-0611
Facsimile: (215)922-3524
E-mail: jtortella@jslex.com
Attorneys for Plaintiff

Date: March 28, 2007

PREMIER PAINTING & DECORATING,
INC.,A/K/A PREMIER PAINTING 7
DECORATING

By: [signature]
Vincent Gallo
On Behalf of Premier Painting &
Decorating, Inc., a/k/a Premier Painting
& Decorating
1385 Highway 35
Suite 325
Middletown, NJ 07784
Telephone: (732) 566-1805
Facsimile: (732) 566-1806

Date: 4/9/2007

181357_1.DOC