Premier Painting & Decorating, Inc. Payment Schedule

Compound Period: Daily

Nominal Annual Rate: 8.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/15/2007 | 13,113.73 | 1 | | |
| 2 | Payment | 04/01/2007 | 8,611.80 | 1 | | |
| 3 | Payment | 04/15/2007 | 773.57 | 6 | Monthly | 09/15/2007 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/15/2007 | | | | 13,113.73 |
| 1 | 04/01/2007 | 8,611.80 | 48.95 | 8,562.85 | 4,550.88 |
| 2 | 04/15/2007 | 773.57 | 13.98 | 759.59 | 3,791.29 |
| 3 | 05/15/2007 | 773.57 | 25.01 | 748.56 | 3,042.73 |
| 4 | 06/15/2007 | 773.57 | 20.74 | 752.83 | 2,289.90 |
| 5 | 07/15/2007 | 773.57 | 15.10 | 758.47 | 1,531.43 |
| 6 | 08/15/2007 | 773.57 | 10.44 | 763.13 | 768.30 |
| 7 | 09/15/2007 | 773.57 | 5.27 | 768.30 | 0.00 |
| 2007 Totals | | 13,253.22 | 139.49 | 13,113.73 | |
| Grand Totals | | 13,253.22 | 139.49 | 13,113.73 | |

Last interest amount increased by 0.03 due to rounding.

181357_1.DOC

