IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br> )<br>Plaintiff, )<br>v. )<br> )<br>PREMIER PAINTING & DECORATING, INC. )<br>a/k/a Premier Painting & Decorating )<br> )<br>Defendant )  | CIVIL ACTION NO. 06-067 (RBW) |

## CONSENT ORDER AND AMENDED JUDGMENT

Upon consideration of the Joint Stipulation for Entry of a Consent Order and Amended Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Premier Painting & Decorating, Inc. a/k/a Premier Painting & Decorating ("Company" or "Defendant"), for unpaid contributions, liquidated damages, interest, late fees, audit costs and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $22,655.07 ("Judgment Amount") which includes:

| | | |
|---|---|---:|
| (a) | Contributions | $ 4,334.99 |
| (b) | Liquidated Damages | $ 9,541.34 |
| (c) | Interest | $ 549.61 |
| (d) | Late Fees | $ 1,173.61 |
| (e) | Audit Costs | $ 1,505.14 |
| (f) | Attorneys' Fees and Costs | $ 5,550.38 |

155521-2

Interest shall accrue on the Judgment Amount at the rate of 8% per annum compounded daily from March 15, 2007 to the date of payment.

2. Company shall pay to the Pension Fund the principal sum of $13,113.73 ("Settlement Sum") plus interest amortized at 8% per annum compounded daily on the unpaid balance of the principal sum by an initial payment of $8,611.80 on April 1, 2007, followed by six (6) successive monthly payments of $773.57 each with the final payment due on September 15, 2007. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1. The Settlement Sum consists of:

| | | |
|---|---|---:|
| (a) | Contributions | $ 4,334.99 |
| (b) | Interest | $ 549.61 |
| (c) | Late Fees | $ 1,173.61 |
| (d) | Audit Costs | $ 1,505.14 |
| (e) | Attorneys' Fees and Costs | $ 5,550.38 |

3. Company, its owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4. In the event Company fully and timely complies with the provisions of ¶2 of this Order and timely submits to the Pension Fund all remittance reports and contributions for hours worked or paid to its covered employees through and including September 2007, the Pension

181357_1.DOC

Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $9,541.34 ("Waiver Amount") in liquidated damages. Absent compliance, Defendants shall owe the Pension Fund the Waiver Amount plus interest calculated at the rate of 8% compounded daily from March 15, 2007 to the date of actual payment.

5.  Defendant shall submit to an audit of its wage, payroll, and personnel records for all periods for which Defendant is obligated to contribute to the Pension Fund within twenty (20) days of a request by the Pension Fund Administrator, and Defendant shall pay all contributions, interest, and liquidated damages determined by such audit to be due, as well as the costs of such audit.

6.  The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

7.  The Clerk of the Court may immediately certify this Consent Order and Amended Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated: April 16, 2007

_____
REGGIE B. WALTON    J.
United States District Judge

Copies shall be sent to:
Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Mr. Vincent Gallo
Premier Painting & Decorating, Inc.
1385 Highway 35
Suite 325
Middletown, NJ 07748

181357_1.DOC