IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PREMIER PAINTING & DECORATING, INC. ) <br> a/k/a Premier Painting & Decorating ) <br> ) <br> Defendant ) | CIVIL ACTION NO. 06-067 (RBW) |

## MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT
## AGAINST DEFENDANT ORTEGA CONSTRUCTION METHODS, INC.

Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Pension Fund" or "Plaintiff"), by its undersigned counsel, respectfully moves this Court for the entry of a Supplemental Judgment in favor of the Pension Fund and against Defendant, Premier Painting & Decorating, Inc. a/k/a Premier Painting & Decorating ("Company" or "Defendant"), for $32,700.51, including delinquent contributions, liquidated damages, late charges, interest and attorneys' fees and costs incurred by the Pension Fund in this matter in addition to that which is set forth in the Consent Order and Amended Judgment dated April 16, 2007 ("April 16, 2007 Judgment") attached hereto as Exhibit 1.

In support of this Motion, the Pension Fund states the following:

1. The April 16, 2007 Judgment requires Defendant to file "complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements..." *See* Exhibit 1, paragraph 3.

187450-1

2. Defendant has failed to remain current with its post-judgment contributing and reporting obligations. Specifically, Defendant failed to remit contributions to the Pension Fund for the period April 2007 through February July 2007, in accordance with the terms and conditions of Company's collective bargaining agreements with the International Brotherhood of Painters and Allied Trades, AFL-CIO, CLC, the Agreement and Declaration of Trust ("Trust Agreement") of the Pension Fund (attached to Plaintiff's Complaint as Exhibit 1), the International Painters and Allied Trades Industry Pension Plan ("Plan") (relevant portions of which are attached to Plaintiff's Complaint as Exhibit 2), ERISA and applicable law. In light of Company's failure to remit monthly reports, the Pension Fund has estimated the amount of delinquent post-judgment contributions owed by Defendant. According to the Pension Fund's estimate, Company owes $23,525.24 to the Pension Fund for unpaid contributions during the period April 2007 through July 2007[1]. A true and correct copy of the Declaration of Thomas C. Montemore ("Montemore Decl.") is attached hereto as Exhibit 2. See ¶4.

3. Defendant also owes the Pension Fund liquidated damages in the amount of $4,705.05 on the unpaid contributions listed in ¶2. See, Montemore Decl., ¶6.

4. The Pension Fund also is owed interest of $293.90 from the due date of payment through August 31, 2007 on the additional unpaid contributions listed in ¶2 in accordance with 29 U.S.C. §1132(g)(2)(B) and (C)(i). See, Montemore Decl., ¶5.

5. Defendant also owes the Pension Fund late charges in the amount of

---

[1] The estimate is based on the average of the last three reports submitted as follows:
    1/07    $4,672.64
    2/07    $5,770.24
    3/07    $7,201.04
    $17,643.92 divided by 3 = $5,881.34 x 4 (number of delinquent months) = $23,525.24

187450-1    2

$354.87 for January 2007 through March 2007, which Defendant paid beyond the due dates. See, Montemore Decl., ¶7.

6. The Pension Fund has incurred additional attorneys' fees and costs of $3,821.45 from March 28, 2007 through August 31, 2007. Rosenthal Decl., ¶3;[2] Exhibit 4.

7. In addition to entering judgment against Defendant for the delinquent amounts owed to the Pension Fund, the Pension Fund is permitted to apply to the Court for further reasonable attorneys' fees and costs for periods in which enforcement of the April 16, 2007 Judgment was sought. See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); International Painters and Allied Trades Industry Pension Fund v. H.W. Ellis Painting Co., Inc., No. 03-1125, slip. op. at *3 (D.D.C. February 10, 2004) (citing Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989)).

**WHEREFORE**, the Pension Fund asks the Court to enter Supplemental Judgment against Defendant in the amount of $32,700.51 and grant the relief requested in the attached, proposed Order and Supplemental Judgment. Accompanying this Motion are a supporting

**(INTENTIONALLY LEFT BLANK)**

---

[2] The Declaration of Sanford G. Rosenthal ("Rosenthal Decl.") is attached to this Motion as Exhibit 3. The document referred to in the Rosenthal Decl. is attached to the Motion as Exhibit 4.

187450-1                                                    3

memorandum of points and authorities, declarations, and a proposed supplemental judgment.

                Respectfully submitted,

                JENNINGS SIGMOND

        BY: /s/ Sanford G. Rosenthal, Esquire
            SANFORD G. ROSENTHAL
            D.C. Bar No. 478737
            The Penn Mutual Towers, 16th Floor
            510 Walnut Street, Independence Square
            Philadelphia, PA 19106-3683
            (215) 351-0611
Date: September 17, 2007      Counsel for Plaintiff