## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state under penalty of perjury that the foregoing Motion for Entry of Supplemental Judgment against Defendant was served by mailing same first class mail, postage pre-paid on the date below addressed to:

Premier Painting & Decorating, Inc.
132 Sycamore Avenue
Middletown, NJ 07748

DATE: September 17, 2007          s/ Sanford G. Rosenthal
                                  SANFORD G. ROSENTHAL, ESQUIRE

187450-1                           1