IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br><br>PREMIER PAINTING & DECORATING, INC. )<br>  a/k/a Premier Painting & Decorating )<br><br>Defendant ) | CIVIL ACTION NO. 06-067 (RBW) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford G. Rosenthal, Esquire, declares and states the following:

1. I am a shareholder in the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from The Dickinson School of Law in 1983 and was admitted as a member of the Bar of the District of Columbia on August 5, 2002. I have been a member of the Pennsylvania Bar since 1983. I have represented employee benefit plans such as the Pension Fund since 1983. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through March 31, 2006.

2. Attached as Exhibit 4 is a computerized list showing all work performed by the offices of Jennings Sigmond and related costs in connection with the collection of the contributions at issue in this action from December 20, 2005 through July 31, 2007. The computerized listing is prepared from contemporaneous attorney time and expense records, the

187450-1



EXHIBIT 3

originals of which are maintained in the regular business records of Jennings Sigmond. Based upon my review of Exhibit 4, the Funds have incurred attorneys' fees and costs of $3,821.45 from March 28, 2005 through August 31, 2007.

3. I have executed this Declaration in support of the Motion of Plaintiff for Entry of Supplemental Judgment, and request this Court to consider the same as proof in support of the allegations contained in the Complaint of the Funds and other facts stated in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

DATE: September 17, 2007

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

187450-1                                   2