Report ID: OT2025 - 13287  
Monday, September 17, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details
### Beginning To End

Printed By   MHT  
Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| OTINTF | IUPAT Industry Pension Fund | 27711 | Premier Painting & Decorating | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/30/2007 | JAF | 5.10 | 5.10 | 220.00 | $1,122.00 | | | Review of Documents<br>Review of Fees and Costs<br>Calculate Updated Delinquency<br>Preparation of Motion for Supplemental Judgment<br>Preparation of Correspondence from Fund<br>Preparation of Attorney Declaration<br>Preparation of Memorandum and Proposed Order |
| 8/31/2007 | JAF | 1.30 | 1.30 | 220.00 | $286.00 | | | Review of Documents<br>Review and Revision of Motion for Supplemental Judgment<br>Review and Revision of Memorandum<br>Review and Revision of Order |

**Unbilled Time Totals**  6.40  6.40  $1,408.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/20/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case<br>Review of Documents<br>Preparation of Litigation Intake Memo |
| 12/21/2005 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Fund<br>Review of Delinquency Update |
| 1/11/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with T. Montemore<br>Phone Conference with H. Williams<br>Memo to File |
| 1/12/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Complaint |
| 1/17/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with Errands regarding Service |
| 1/17/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Correspondence from Fund |
| 2/2/2006 | SGR | 0.20 | 0.20 | 70.00 | $14.00 | | | Preparation of Memo Regarding Litigation Status |
| 2/10/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Phone Conference with Errands regarding Service |
| 2/13/2006 | CTM | 0.30 | 0.30 | 70.00 | $21.00 | | | Review of Electronic Court Documents regarding Summons and Complaint<br>Preparation of Correspondence to T. Montemore<br>Phone Conference with Errands regarding Service<br>Memo to File |
| 2/17/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from P. Gilbert (x3)<br>Review of Affidavit of Service<br>Review of Correspondence from T. Montemore |
| 2/23/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Letter Regarding Settlement |
| 3/1/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with Errands regarding Complaint Service |

EXHIBIT 4

Report ID: OT2025 - 13287  
Monday, September 17, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT  
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/2/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Letter from G. Meyers |
| 3/6/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Correspondence to T. Montemore |
| 3/7/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Letter from T. Montemore |
| 3/28/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Preparation of Correspondence to T. Burris Review of Correspondence from T. Montemore (x6) |
| 3/30/2006 | JLT | 5.40 | 5.40 | 200.00 | $1,080.00 | | | Review of Correspondence from P. Gilbert (x2) Preparation of Correspondence to P. Gilbert |
| 3/31/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of 55(a) and 55(b) Review of Correspondence from P. Burris Review of Delinquency Report |
| 4/3/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Correspondence from P. Gilbert (x2) Preparation of Correspondence to T. Montemore |
| 4/3/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from T. Montemore (x2) Review of Electronic Court Documents regarding Default Entry Preparation of Exhibits |
| 7/12/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from P. Burris (x3) Preparation of Correspondence from P. Burris (x3) Review of Letter from T. Montemore |
| 7/17/2006 | CTM | 0.40 | 0.40 | 70.00 | $28.00 | | | Preparation of Correspondence to T. Montemore Letter to Court regarding Judgment Certification |
| 12/1/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Judgment Registration |
| 12/4/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of Memo regarding Litigation Status Memo to File |
| 12/8/2006 | CTM | 1.40 | 1.40 | 70.00 | $98.00 | | | Preparation of Affidavit, Writ to Commerce Bank and Notice Letter to Court regarding Filing Same |
| 12/11/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Writs of Execution |
| 12/13/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Writ of Execution |
| 12/15/2006 | CTM | 1.30 | 1.30 | 70.00 | $91.00 | | | Review of Documents from Court Letter to Commerce Bank Preparation of Notice to Debtor and Information Subpoena Letter to Errands regarding Serving Same |
| 12/18/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Memo to Client Regarding Litigation Status |
| 12/18/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Writs of Execution |
| 12/19/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Computer Research Regarding Bank Account Information |
| 2/27/2006 | CTM | 0.30 | 0.30 | 70.00 | $21.00 | | | Review of Correspondence from P. Gilbert |
| 2/26/2007 | CTM | 1.00 | 1.00 | 70.00 | $70.00 | | | Review of Affidavit of Service of Writ Review of Status of Information Subpoena and Answer from Commerce Bank |
| 2/27/2007 | CTM | 0.70 | 0.70 | 70.00 | $49.00 | | | Phone Conference with Commerce Bank regarding Same (x2) Review of Bank Response |
| 2/27/2007 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with Commerce Bank regarding Interrogatory Answers Preparation of Correspondence to T. Montemore |

Report ID: OT2025 - 13287
Monday, September 17, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  MHT
Page  3

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/28/2007 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with V. Gallo (x2) |
| 3/1/2007 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with P. Gilbert |
| 3/2/2007 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from T. Montemore (x3) |
| 3/6/2007 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Updated Delinquency Report |
| 3/9/2007 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Letter to V. Gallo |
| 3/9/2007 | CTM | 0.30 | 0.30 | 70.00 | $21.00 | | | Review of Status of Writ |
| 3/14/2007 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Letter to V. Gallo |
| 3/16/2007 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with V. Gallo |
| 3/19/2007 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Correspondence to T. Montemore Regarding Settlement Memo to File |
| 3/20/2007 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with T. Montemore |
| 3/26/2007 | CTM | 0.80 | 0.80 | 70.00 | $56.00 | | | Preparation of Motion to Turn Over Funds for Electronic Court Filing and Filing Same Letter to Commerce Bank regarding Same |
| 3/26/2007 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Notice |
| 3/26/2007 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with V. Gallo |
| 3/27/2007 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Preparation of Motion to Turn Over Funds |
| 3/28/2007 | JLT | 4.50 | 4.50 | 200.00 | $900.00 | | | Preparation of Settlement Documents |
| 3/28/2007 | JLT | | | | | | | Preparation of Settlement Agreement |
| | | | | | | | | Preparation of Letter to Commerce Bank |
| 4/2/2007 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Letter to V. Gallo |
| 4/4/2007 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Correspondence to V. Gallo |
| 4/9/2007 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with V. Gallo |
| 4/11/2007 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with V. Gallo (x2) |
| 4/12/2007 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Documents from V. Gallo |
| 4/20/2007 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Correspondence from P. Gilbert (x4) |
| 4/30/2007 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of Correspondence to P. Gilbert (x4) |
| | | | | | | | | Phone Conference with V. Gallo (x3) |
| 5/14/2007 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 5/22/2007 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Memo to File |
| | | | | | | | | Review of Documents |

Report ID: OT2025 - 13287
Monday, September 17, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT
Page 4

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5/23/2007 | JAF | 2.60 | 2.60 | 200.00 | $520.00 | | | Review of Documents<br>Preparation of Correspondence to T. Montemore and P. Gilbert<br>Review of Correspondence from T. Montemore and P. Gilbert<br>Review of Docket<br>Memo to File |
| 5/29/2007 | JAF | 1.80 | 1.80 | 200.00 | $360.00 | | | Review of Documents<br>Phone Conference with T. Montemore<br>Computer Research Regarding New Phone Number for Company<br>Phone Conference with V. Gallo at Company<br>Memo to File |
| 6/12/2007 | JAF | 1.40 | 1.40 | 220.00 | $308.00 | | | Preparation of Correspondence to T. Montemore and P. Gilbert<br>Review of Documents<br>Preparation of Correspondence to P. Gilbert<br>Preparation of Motion for Supplemental Judgment |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/03/2007 | Current Period | 06/12/2007 | 7 | 2007 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/3/2007 | JAF | 0.50 | 0.50 | 220.00 | $110.00 | | | Review of Documents<br>Preparation of Updates to Litigation Status Report |
| 8/21/2007 | JAF | 0.60 | 0.60 | 220.00 | $132.00 | | | Review of Correspondence from P. Gilbert (x2)<br>Review of Documents<br>Preparation of Correspondence to P. Gilbert (x2)<br>Memo to File |

**Billed Time Totals** 39.50  39.50  $6,910.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 1/12/2006 | $250.00 | 7100 | Filing Fee - Complaint |
| 1/12/2006 | $5.94 | PO | Postage Charges |
| 2/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 2/4/2006 | $12.96 | SD | Special Delivery |
| 2/23/2006 | $198.10 | SP | Service of Process |
| 4/1/2006 | $3.08 | COPY | Photocopies |
| 4/1/2006 | $2.70 | PO | Postage Charges |
| 7/20/2006 | $19.50 | 7100 | Judgment Certification |
| 8/5/2006 | $13.36 | SD | Special Delivery |
| 11/16/2006 | $39.00 | 7100 | Fee to Register Judgment |
| 12/16/2006 | $12.84 | SD | Special Delivery |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 13287  
Monday, September 17, 2007  
Beginning To End  

Printed By: MHT  
Page: 5

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 1/4/2007 | $25.00 | 7100 | Service Fee |
| 3/14/2007 | $1.75 | FAX | Fax Charges |
| 4/1/2007 | $12.88 | SD | Special Delivery |
| 4/7/2007 | $13.06 | SD | Special Delivery |
| 4/7/2007 | $13.06 | SD | Special Delivery |
| 5/26/2007 | $13.06 | SD | Special Delivery |

**Billed Expenses Totals** $709.19

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 45.90 | 45.90 | $8,318.00 | $709.19 | $9,027.19 |

*** End Of Report ***