UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>           Plaintiff<br><br>   v.<br><br>PREMIER PAINTING & DECORATING, INC.<br><br>           Defendants. | Civil Action No. 06-67 (RBW) |

**ORDER TO SHOW CAUSE**

The International Painters and Allied Trades Industry Pension Fund, the plaintiff in this case, seeks the entry of a supplemental judgment in the amount of $32,700.51 for "delinquent contributions, liquidated damages, late charges, interest and attorneys' fees and costs incurred by the [plaintiff] in addition to" amounts awarded to the plaintiff in an earlier consent judgment entered on April 18, 2007.  Motion for Entry of Supplemental Judgment Against Defendant [Premier Painting & Contracting, Inc.] ("Pl. Mot.") at 1.[1]  The plaintiff filed its motion on September 17, 2007, and served Premier Painting & Decorating, Inc., the defendant in this case, with a copy of the motion by first-class mail, postage prepaid that same day.  Pursuant to this

---

[1] The caption of the plaintiff's motion erroneously refers to "Ortega Construction Methods, Inc.," Pl. Mot. at 1, which is not a defendant in this case and was not a party to the consent judgment entered on April 18, 2007; however, the body of the motion refers to Premier Painting & Contracting, Inc., and the motion was served on that party, not Ortega Construction Methods, Inc.  The reference to Ortega Construction Methods, Inc. therefore appears to be a typographical error and nothing more.

Court's local rules, the deadline for the defendant's response was September 28, 2007. Local Civ. R. 7(b). Adding three days to this response time as required by Federal Rule of Civil Procedure 6(e), the defendant should have filed its opposition to the plaintiff's motion by no later than October 3, 2007, to avoid having the motion treated as conceded. The Court having received no such response, it is

**ORDERED** that by October 19, 2007, the defendant show cause in writing why the Court should not grant the plaintiff's Motion for Entry of Supplemental Judgment Against Defendant [Premier Painting & Contracting, Inc.] by default.

**SO ORDERED** this 5th day of October, 2007.

REGGIE B. WALTON
United States District Judge